IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-12-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EDUARDO ROMERO MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's pending motions [D.E. 66, 67]. The response is due not later than March 1, 2021.

SO ORDERED. This 1 day of February 2021.

JAMES C. DEVER III
United States District Judge