IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-12-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| EDUARDO ROMERO MARTINEZ | ) | |
| | ) | |

Upon motion of the United States, for good cause shown, it is hereby ORDERED that Docket Entry 73 be sealed by the Clerk of Court from this date until further order by this Court, except that a filed copy of the same be provided to the United States Attorney's Office and the Defendant.

This 4 day of May, 2021.

JAMES C. DEVER III
United States District Judge